IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD R. WARREN,<br><br>   Plaintiff,<br><br>v.<br><br>TRUCK CENTERS, INC.,<br><br>   Defendant. | Case No. 24-cv-1179 JPG |

**JUDGMENT**

  The Court having been advised by counsel for the parties that the above action has been settled;

  IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 1/21/2026        MONICA A. STUMP, Clerk of Court

                 s/ Tina Gray, Deputy Clerk


**Approved:**  *s/J. Phil Gilbert*
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**